FILED
12/14/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

NG

In the United States District Court for the Northern District Western Division

Terry Wagner
Plaintiff

vs

Wexford Health
Defendant(s)

Case No. 20 cv 50080

Leave to file an opposition Response to Defendants Motion to Dismiss

Now comes, the Plaintiff, Terry Wagner pro se and he respectfully moves this Court to grant said motion.

1. That Mr. Wagner would like to pro se Amend the Response to Defendants Motion to Dismiss

2. That Mr. Wagner requests for a 7 to 14 days continuance to file the Response

3. That Mr. Wagner ask this court to grant said motion

Terry Wagner



UNITED STATES DISTRICT COURT
__Northern__ DISTRICT OF ILLINOIS
__Western__ DIVISION

## ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, or pleading, to the U.S. District Court for __Northern__ District of Illinois for review and filing.

__Terry Wagner__     __R-07282__
Name     ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?    Yes or **No**

    If this is a habeas case, please circle the related statute: 28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?    Yes or **No**

    If yes, please list case number: __20 CV 50080__

    If yes, but you do not know the case number, mark here: _____

3. Should this document be filed in a pending case?    **Yes** or No

    If yes, please list case number: _____

    If yes, but you do not know the case number, mark here: _____

4. Please list the total number of pages being transmitted: __3__

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Motion for New Counsel | 2 |
| Leave to File Amended Petition | 1 |

Please note that discovery requests and responses are NOT to be filed; instead they should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.